WESLEY G. OUCHI; SBN 297187
   Email: w.ouchi@OuchiLawFirm.com
**THE OUCHI LAW FIRM, A.P.C.**
153 E. Walnut St., Suite A
Pasadena, CA 91103                      JS-6
T: (213) 280-4330
F: (626) 440-9594

Counsel for Plaintiff, Rafael Salgado

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| **RAFAEL SALGADO, an Individual**, <br><br> Plaintiff, <br> vs. <br><br> **CITY OF HAWTHORNE, a Municipal Entity, OFFICER JEFFREY TYSL, OFFICER GEORGE BUKHIN, OFFICER MICHAEL JENKS**, <br> Defendant. | Case No. 2:21-cv-6701-JFW (JCx) <br><br> *[Hon John F. Walter, Ct. Rm. 7A]* <br><br> **ORDER** |

Having read and considered the Stipulation to Dismiss the Pending Action Without Prejudice Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) and to Re-File in State Court, and Good Cause appearing, the Court's Orders are as follows:

1. The pending Action, Defendants, and claims (both federal and state claims) are dismissed without prejudice.

2. Plaintiff shall be allowed to re-file his state claims against Defendants in state court.

**IT IS SO ORDERED.**

Date: November 3, 2021

_____
**HON. JOHN WALTER**
United States District Court Judge

1